UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN YAEGER,

                Case No.  8:18-cv-2474-T-35TGW

    Plaintiff,

v.

DEPUTY SHERIFF MICHAEL LOWRY,

    Defendant.
_____/

### DEFENDANT'S SECOND MOTION TO QUASH SERVICE OR IN THE ALTERNATIVE TO STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW

**COMES NOW**, Defendant, DEPUTY SHERIFF MICHAEL LOWRY, (hereafter, "Defendant") by and through its undersigned attorneys, hereby specially appears and moves the Court for the entry of a Second Order Staying the Proceedings, consistent with the Court's prior Order (Doc. 36) addressing this matter.  Defendant previously filed a Motion to Quash Service or in the Alternative to Stay Proceedings (Doc. 29), while on active Military duty, relying upon Florida Rules of Civil Procedure 1.070 and 1.140(b), or alternatively, pursuant to Fed. R. Civ. P. 4(e) and 12(b)(5).  Defendant remains on active military duty.

On September 18, 2019, this Honorable Court Granted Defendant's Motion (Doc.29) to the extent that Plaintiff cannot pursue his claim against Defendant until he returns from his deployment and Ordered (Doc. 36) the undersigned counsel to

1

file a notice of availability within sixty days of Defendant's return from deployment. On February 15, 2022, this Honorable Court Ordered (Doc. 73) the undersigned counsel to explain why Plaintiff's claims against Defendant should remain stayed. On April 17, 2020, Defendant's military tour of duty was extended indefinitely. (See, Affidavit of Todd Cotton with attached Exhibits 1 and 2). Defendant has not returned from his deployment and therefore renews and adopts all argument made in his original Motion to Quash Service or in the Alternative to Stay Proceedings (Doc. 29) and prays this Honorable Court will enter an order accordingly.

**WHEREFORE**, Defendant respectfully seeks the entry of an order Quashing Service of Process or in the alternative to Stay Proceedings upon Defendant.

                                        */s/ Marc S. Makholm*
                                        **MARC S. MAKHOLM, ESQ.**
                                        Florida Bar No.: 94854
                                        mmakholm@hcso.tampa.fl.us
                                        Telephone (813) 247-8046
                                        Trial Counsel for Defendant
                                        Hillsborough County Sheriff's Office
                                        2008 E. 8th Avenue
                                        Post Office Box 3371
                                        Tampa, Florida  33601
                                        Facsimile  (813) 242-1817

## CERTIFICATE OF COMPLIANCE

*I HEREBY CERTIFY* in compliance with Local Rule 3.01(g), the undersigned counsel has conferred with the *pro se* Plaintiff, by speaking with him telephonically on March 14, 2022, and Plaintiff does not oppose said motion.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that a true and correct copy of the foregoing has been furnished by U. S. Mail, postage prepaid, to: Shawn Yaeger, Plaintiff Pro Se, Federal Reg #23618-112, Fort Dix - FCI, Post Office Box 2000, Joint Base MDL, NJ 08640 on this the 21st day of March, 2022.

*/s/ Marc S. Makholm*
Marc S. Makholm, Esquire