UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN YAEGER,

        Plaintiff,

Case No. 8:18-cv-2474-T-35TGW

v.

DEPUTY SHERIFF MICHAEL LOWRY,

        Defendants.
_____/

       **COMES NOW, TODD COTTON**, and after being duly sworn by, deposes and says based upon personal knowledge as follows:

1. My name is Todd Cotton. I am employed with the Hillsborough County Sheriff's Office and have been so since March 13, 2017. I currently hold the position of Accounting Manager.

2. As Accounting Manager, one of my duties is to oversee the maintenance of employee human resource files.

3. Specifically to this matter, Michael S. Lowry joined the Hillsborough County Sheriff's Office on December 7, 2014, as a Law Enforcement Deputy Trainee and on August 3, 2015, Michael S. Lowry was promoted to the rank of Deputy Sheriff.

4. Deputy Michael S. Lowry worked continuously in that capacity until September 18, 2017, when he was called back to active duty by the National Guard for a period of three (3) years. On April 17, 2020, his deployment was extended indefinately effective October 1, 2020.

5. Deputy Michael S. Lowry is still employed with the Hillsborough County Sheriff's Office but is on a military leave of absence.

5. The attached Exhibit 1 is a true and correct copy of the original orders received by the Hillsborough County Sheriff's Office ordering Deputy Michael S. Lowry to full time National Guard duty from October 1, 2017, through September 30, 2020.

6. The attached Exhibit 2 is a true and correct copy of the consecutive tour renewal order received by the Hillsborough County Sheriff's Office, which extended Deputy Michael S. Lowry's National Guard duty indefinitely effective October 1, 2020.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
**TODD COTTON**

**BEFORE ME**, the undersigned authority, personally appeared before me, the undersigned authority, **TODD COTTON**, who is personally known to me and who, after being duly sworn, deposes and says that the foregoing is true and accurate to the best of his information, belief and personal knowledge.

**SWORN TO and SUBSCRIBED** before me this __23__ day of February, 2022.

_____
Notary Public, State of Florida

Print or Type Name: _____

My Commission Expires: _____

Notary Public State of Florida
Maria Theresa Shutter
My Commission GG 926013
Expires 10/24/2023

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
JOINT FORCE HEADQUARTERS
TENNESSEE NATIONAL GUARD
Houston Barracks, P.O. Box 41502
Nashville, Tennessee 37204-1502

ORDERS 261-1046                                                                    18 SEPTEMBER 2017

LOWRY MICHAEL SCOTT 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 CPT HHB 1-181ST FA BN (HIMARS) CHATTANOOGA, TNARNG, TN 37404

You are ordered to full time National Guard duty, in Active Guard Reserve status in the grade shown for the period indicated below. Upon completion of the period of duty, unless sooner released or extended by proper authority, you will return to the place where you entered active duty, and be released from such duty. You will proceed in time to report on the date shown below.
Report to: NG Armory, CHATTANOOGA, TN 37404
Reporting Date: 0800 HRS., 171001
Attached to: N/A
Period of duty: 3 YRS., 171001-200930
Purpose: To serve as: TRAINING OFFICER; FTUSMD: 3900-300
Additional instructions: You are ordered to AGR with your consent and the consent of the Governor of Tennessee. You are subject to the Tennessee Code of Military Justice. Orders to OCONUS TDY will constitute an order to active duty in AGR status under 10 USC 672(d) for the duration of the period of TDY. Periods of active duty will start at 0001 hours of the first day of TDY and will terminate at 2400 hours on the last day, unless retained on active duty under other provisions of law or regulations. You will be in Federal status during this period and will be subject to the UCMJ. In the event your ARNG unit of assignment is ordered to Federal active duty you will be terminated automatically from your 32 USC 502 (f) AGR status the day before the effective date of federalization. You will then be included on unit mobilization orders the following day. You must meet the standards of applicable chapters or AR 600-9, AR 350-15 and AR 40-501 upon reporting to duty. Availability of adequate Government quarters and meals will be determined by the F&AO, upon reporting to the duty station indicated above. You will hand carry your Personnel and Health Records to your new unit of assignment.
FOR ARNG/ARMY USE:
Auth: Title 32, USC Section 502(f)
Acct Class: 2172060; 18-99, P2H10.1000-1198, 1199, 1250, S99999 PRAG
Lump sum leave paid since 10 Feb 76: 0 DAYS
MTOE/TDA pos: OPERATIONS OFFICER, 103-02, 13A00, O3
PMOS/AOC: 13A00; HOR: 1550 COUNTRY CHASE ST, LAKELAND, POLK, FL 33810
Sex: M; Parent Unit UIC: WPBTT0; Scty Clnc: SECRET
PEBD: 080527; ASED: N/A    TFOS: N/A
Uniform Allowance Auth: Initial & Additional authorized
Marital stat: S; Fed WE: S0; State of res for tax purposes: TN; State WE: NA
Physical Date: 170108
Incentive of proficiency pay authorized: NA
This IS NOT a consecutive AGR tour renewal. Officer IS NOT currently on JSS.
ARNG DATA: ACT-STAT-PROG: A; ARNG ETS: INDEF; DOB: 890618
F&AO PACDIN: E9NGUARD; MC EFF DATE: 171001; DOR: 150831; BASD: 3/27/2015; UPC: 410
DO NOT ACCESS TO STRENGTH OF ACTIVE ARMY.
FORMAT: 174

BY ORDER OF THE GOVERNOR:

\\\\\\\\\\\\\\\\\\\\\\\\
\\TNNG ELEMENT JFHQ\\
\\\\\\\\OFFICIAL\\\\\\\\
\\\\\\\\\\\\\\\\\\\\\\\\
BILLY A. EASTERLY
COL, LG, TNARNG
Deputy Chief of Staff, Personnel

DISTRIBUTION:
M-N-S  DPA (3)  PFO (3)  DPA-SIB (3)


EXHIBIT /

Audited by: mastea
12/17/2020 3:00:03 PM

**DEPARTMENTS OF THE ARMY AND THE AIR FORCE**
**JOINT FORCE HEADQUARTERS**
**TENNESSEE NATIONAL GUARD**
**Houston Barracks, P.O. Box 41502**
**Nashville, Tennessee 37204-1502**

ORDER 108-0007                                                                                                                  17 April 2020

LOWRY MICHAEL SCOTT            CPT HHB 1-181ST FA BN (HIMARS), TNARNG, CHATTANOOGA TN 37404

You are ordered to full-time National Guard duty, in the Active Guard/Reserve (AGR) status in the grade for the period indicated below. Upon completion of the period of duty, unless sooner released or extended by proper authority, you will return to the place where you entered active duty, and be released from such duty. You will proceed in time to report on the date shown below.

Report to: NG Armory, CHATTANOOGA, TN 37404
Reporting Date: 0800 HRS. 201001
Assigned to: SNL
Attached to: NA
Period of Duty: VOLUNTARY INDEFINITE 201001 - INDEF; Purpose: To serve as: TRAINING OFFICER; 3900-300
Additional Instructions: You are ordered to AGR with your consent and the consent of the Governor of Tennessee. You are subject to the Tennessee Code of Military Justice. Orders to OCONUS TDY will constitute an order to active duty in AGR status under 10 USC 672(d) for the duration of the period of TDY. Periods of active duty will start at 0001 hours of the first day of TDY and will terminate at 2400 hours on the last day, unless retained on active duty under other provisions of law or regulations. You will be in Federal status during this period and will be subject to the UCMJ. In the event your ARNG unit of assignment is ordered to Federal active duty you will be terminated automatically from your 32 USC 502(f) AGR status the day before the effective date of federalization. You will then be included on unit mobilization orders the following day. You must meet the standards of applicable chapter of AR 600-9, AR 350-15 and AR 50-501 upon reporting to duty. Availability of adequate Government quarters and meals will be determined by the F&AO, upon reporting to the duty station indicated above. You will hand carry your Personnel and Health Records to your new unit of assignment.

FOR ARNG/ARMY USE:
Auth: Title32, USC Section 502(f), **DO NOT ACCESS INTO THE STRENGTH OF THE ACTIVE DUTY**.
Accounting class: 2172060; 18-99, P2H10.1000-1198, 1210, 1250, S99999 PRAG
HOR: 202 EVENINGSIDE DRIVE, CHATTANOOGA, HAMILTON, TN 37404
DOR: 150831
PMOS/AOC: 13A00
Scty clnc: SECRET
PEBD: 080527
Lump sum leave paid since 10 Feb 76: 0 DAYS
MTOE/TDA Pos: OPERATIONS STAFF OFFICER, 03019172, 13A00, O3; Parent Unit UIC: WPBTT0; UPC: 410
SEX: M; DOB: 6/18/1989; Marital Stat: S; Fed WE: S0; State of res for tax purposes: TN; State WE: NA; Incentive or proficiency pay authorized: NA; SRIP Entitlement: Q
This is a consecutive AGR tour renewal. Officer is currently on JSS;
ARNG Data: ACT-STAT PROG: A; ARNG ETS: INDEF; F&AO PACDIN: E9NGUARD; MC Eff Date: 171001; BASD: 3/27/2015
FORMAT: 174

BY ORDER OF THE GOVERNOR:                           \\\\\\\\\\\\\\\\\\\\\\\\
                                                    \\ TNNG ELEMENT JFHQ\\
                                                    \\ \\\\\\\OFFICIAL\\\\\\\\
                                                    \\\\\\\\\\\\\\\\\\\\\\\\
                                                    LEONARD D. BRANNOM III
                                                    COL, GS, TNARNG
                                                    Deputy Chief of Staff, Personnel


DISTRIBUTION: M-N-S DPA (3) PFO (3) DPA-SIB (3) INDIV (3)



EXHIBIT 2