Shawn Yaeger
No. 23618-112
Fort Dix - FCI
5756 Hartford Street & Pointville Road
Post Office Box 2000
Joint Base MDL, New Jersey  08640-0902

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Shawn Yaeger, Pro Se,<br>        Plaintiff,<br><br>vs.<br><br>Michael Scott Lowry, et al.,<br>        Defendants. | Case # 8:18-cv-02474-TPB-TGW |

Ex Parte Motion For Leave To File
Oversize Brief With Large Number Of Exhibits

COMES NOW, Shawn Yaeger, a Pro-Se "Plaintiff," who moves this Honorable Court for an Order allowing him to file a Brief In Opposition To Defendant's Motion To Dismiss the exceeds the page limit set by this Court.

GROUNDS FOR RELIEF

On December 6, 2021, the Defendants filed a Renewed Motion To Dismiss and attached to this Motion as "Exhibit 1" the Plaintiff files his reply Opposing the Defendant's Motion To Dismiss with a large number of exhibits.

NOTICE OF EX PARTE REQUEST

The Plaintiff is currently incarcerated in the Federal Bureau of Prisons and has repeatedly attempted communicating with defense counsel with no response, nor defense counsel even accepting Plaintiff's call, leaving the

Plaintiff believing defense counsel was not available, but based on prior conversations with defense counsel, the Plaintiff does not believe he will oppose this ex parte Motion.

Respectfully submitted this 16th day of May, 2022.

/s/ Shawn Yaeger
Shawn Yaeger
Pro Se - Plaintiff

# CERTIFICATE OF SERVICE

I, Shawn Yaeger, Certify that prior to 5:00pm on May 16th, 2022, the true and correct required copies of the attached "EX PARTE MOTION FOR LEAVE TO FILE OVERSIZE BRIEF WITH LARGE NUMBER OF EXHIBITS," with, if any, all attachments, exhibits, memorandums of points, authorities, affidavits, and supporting documents, were deposited in a United States Postal Service mailbox in Fort Dix Federal Correctional Institution housing unit 5802, in accordance with Rule 4 of the Federal Rules of Civil Procedure, and in accordance with the "Mailbox Rule" established in Houston v. Lack, 487 U.S. 266 (1988). These articles were in sealed, properly-addressed envelope(s), with first class postage duly paid and affixed to the envelope(s) for delivery via United States Postal Service with the envelope(s) addressed as follows:

### Filed with:

United States District Court
For the Middle District of Florida
Tampa Division
801 N. Florida Avenue
Tampa, Florida 33602

### Served upon:

Marc Soren Makholm
Hillsborough County Sheriff
2008 East 8th Avenue
Tampa, Florida 33605

The undersigned declares under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that all of the statements made in this Certificate of Service are true and correct to the best of the undersigned's knowledge. If called to testify as a witness in this matter, the undersigned could and would competently testify to each of the facts set forth in the Certificate.

This Certification was executed on May 16th, 2022.

Shawn Yaeger
Pro Se - Plaintiff
No. 23618-112
Fort Dix - FCI
5756 Hartford Street & Pointville Road
Post Office Box 2000
Joint Base MDL, New Jersey
08640-0902