# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHAWN YEAGER,

    Plaintiff,

v.                                                                Case No. 8:18-cv-2474-TPB-TGW

BRADLEY LIVELY, *et al.*,

    Defendants.

_____/

## O R D E R

Yaeger's action under 42 U.S.C. § 1983 alleges that the defendants violated his civil rights when police officers searched his motel room without a search warrant. Pending are the defendants' motion to dismiss, Yaeger's motion for leave to file a lengthy opposition,* and Yaeger's amended complaint. (Docs. 66, 80, and 81). Yaeger's Third Amended Complaint is timely filed within the parties "Uniform Case Management Report." (Doc. 77) The defendants oppose the Third Amended Complaint with another motion to dismiss. (Doc. 82)

---

* Yaeger is cautioned to not to file a motion *ex parte*, and a motion that is served on opposing counsel is not an *ex parte* motion.

Accordingly, the defendants' motion to dismiss and Yaeger's motion for leave to file a lengthy opposition (Docs. 66 and 80) are **DENIED AS MOOT** because of the filing of the Third Amended Complaint. Yaeger has thirty days to oppose the new motion to dismiss (Doc. 82) and the defendants have twenty-one days to reply.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27 day of June 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**