Shawn Yaeger
No. 23618-112
Fort Dix - FCI
5756 Hartford Street & Pointville Road
Post Office Box 2000
Joint Base MDL, New Jersey   08640-0902

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Shawn Yaeger, Pro Se,<br>        Plaintiff,<br><br>vs.<br><br>Michael Scott Lowry, et al.,<br>        Defendants. | Case # 8:18-cv-02474-TPB-MRM |

Notice of Punitive Filing

By and through this Court filing, the Plaintiff, Shawn Yaeger, is informing this Court that defense counsel never mailed the Plaintiff his copy of the Defendants' Motion To Dismiss Opposing The Third Amended Complaint. "Doc. 82".

On June 28, 2022, this Court issued an Order instructing the Plaintiff to file his Opposing Motion to the Defendants' Motion To Dismiss within thirty (30) days. Thereby giving notice to the Plaintiff that a Motion To Dismiss was filed with the Court, but not served upon the Defendant.

The Plaintiff requests this Court to instruct the Defendants' to serve the Plaintiff his copy of the latest Motion To Dismiss "Doc 82" and to extend the response date by fifty (50) days to allow sufficient postal delivery time

to the Plaintiff, and adequate time for the Plaintiff to respond to the said Motion To Dismiss.

Respectfully submitted this 14th day of July, 2022.

_____
Shawn Yaeger
Pro Se - Plaintiff

CERTIFICATE OF SERVICE

I, Shawn Yaeger, Certify that prior to 5:00pm on July 14, 2022, the true and correct required copies of the attached "NOTICE OF PUNITIVE FILING," with, if any, all attachments, exhibits, memorandums of points, authorities, affidavits, and supporting documents, were deposited in a United States Postal Service mailbox in Fort Dix Federal Correctional Institution housing unit 5802, in accordance with Rule 4 of the Federal Rules of Civil Procedure, and in accordance with the "Mailbox Rule" established in Houston v. Lack, 487 U.S. 266 (1988). These articles were in sealed, properly-addressed envelope(s), with first class postage duly paid and affixed to the envelope(s) for delivery via United States Postal Service with the envelope(s) addressed as follows:

### Filed with:

United States District Court
for the Middle District of Florida
Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

### Served upon:

Marc Soren Makholm, Esquire
Hillsborough County Sheriffs' Office
2008 East 8th Avenue
Tampa, Florida 33605

The undersigned declares under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that all of the statements made in this Certificate of Service are true and correct to the best of the undersigned's knowledge. If called to testify as a witness in this matter, the undersigned could and would competently testify to each of the facts set forth in the Certificate.

This Certification was executed on July 14, 2022.

_[signature]_

Shawn Yaeger, Pro Se Plaintiff/Appellant
No. 23618-112
Fort Dix - FCI
5756 Hartford Street & Pointville Road
Post Office Box 2000
Joint Base MDL, New Jersey
08640-0902