UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN YAEGER,

    Plaintiff,

v.                                               Case No. 8:18-cv-2474-TPB-TGW

BRADLEY LIVELY, *et al.*,

    Defendants.
_____/

**O R D E R**

Yaeger's action under 42 U.S.C. § 1983 alleges that the defendants violated his civil rights when police officers searched his motel room without a search warrant.  Pending are Yaeger's Third Amended Complaint and the defendants' motion to dismiss.  (Docs. 81 and 82)  Yaeger files a "notice" of non-receipt of the pending motion to dismiss, which contains a proper certificate of service.

Accordingly, the defendants have **FIVE DAYS** to serve Yaeger with a copy of the motion to dismiss and exhibits (Doc. 82), and the defendants should effect service in such a manner as to obtain a receipt as proof of service.  No later than **MONDAY, AUGUST 29, 2022**, Yaeger must file a notice acknowledging receipt or attesting under oath that he has not received the

papers. No later than **MONDAY, OCTOBER 17, 2022**, Yaeger must oppose the motion to dismiss (Doc. 82), which opposition must not exceed 25 pages and the exhibits must not exceed 65 pages. The defendants have twenty-one days to reply.

    ORDERED in Tampa, Florida, on August 15, 2022.

                                            **TOM BARBER**
                                            **UNITED STATES DISTRICT JUDGE**