UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN YAEGER,

    Plaintiff,

v.                                              Case No. 8:18-cv-2474-TPB-TGW

BRADLEY LIVELY, *et al.*,

    Defendants.
_____/

## ORDER

    Yaeger's action under 42 U.S.C. § 1983 alleges that the defendants violated his civil rights when police officers searched his motel room without a search warrant. Currently this action proceeds under Yaeger's Third Amended Complaint and the defendants' motion to dismiss. (Docs. 81 and 82)

    This action was administrative closed for nearly two years due to the pandemic's delaying Yaeger's transfer to another prison for surgery on both arms and the consequent post-surgery recover. An earlier order notes that "[t]his action has, although understandably, tarried far too long" and directs the parties to file a joint statement regarding discovery and future deadlines. (Doc. 73 at 3–4) The stipulation set June 13, 2022, as the deadline for amending this action. Yaeger timely filed a Third Amended Complaint, which the defendants move to dismiss. (Docs. 81 and 82) Instead of opposing the motion to dismiss,

Yaeger moves for leave to file a Fourth Amended Complaint, which motion the defendants oppose. (Docs. 91 and 92)

The pending motion to dismiss seeks dismissal of the Third Amended Complaint because, among other reasons, the complaint is a "shotgun pleading" that lacks separate counts, lacks individually stated causes of actions, and lacks specificity about which facts relate to which defendants. Representing that he has now learned the "catastrophic error" of a "shotgun pleading," Yaeger's proposed Fourth Amended Complaint includes two separate counts (and causes of action) and specifically identifies which defendants are assigned liability for each count. Although the defendants are correct that the amended pleading is untimely under the stipulated case management report, under these circumstances the Fourth Amended Complaint is a considerably improved pleading that will both help the district court's review of this action and ensure an intended claim is not overlooked. Yaeger will not be allowed to file another amended pleading; this action must be decided based on the Fourth Amended Complaint. Additionally, Yaeger moves (Doc. 93) to stay this action for ninety days pending his transfer to another institution. Absent extraordinary circumstances, this action will not be stayed again.*

---

\* The below deadlines afford Yaeger ninety days before his response is due.

Accordingly, Yaeger's motion (Doc. 91) for leave to amend is **GRANTED** and his motion (Doc. 93) for a stay is **DENIED**. The clerk must detach and file the exhibits attached to the motion as Yaeger's Fourth Amended Complaint. The pending motion (Doc. 82) to dismiss is **DENIED AS MOOT**. The defendants have until **MONDAY, OCTOBER 24, 2022**, to file a new motion to dismiss. Yaeger under **MONDAY, DECEMBER 12, 2022**, to oppose the motion, and the defendants have **THIRY DAYS** to reply. Neither party should expect to receive an extension of these deadlines.

ORDERED in Tampa, Florida, on ___9/19___, 2022.

THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE